IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHEEBA ORIKO,                                          No. 3:17-cv-00737-JE

                        Plaintiff,                          ORDER


            v.


PUBLIC SAFETY, PORTLAND STATE
UNIVERISTY,

                        Defendant.


HERNÁNDEZ, District Judge:

        Magistrate Judge John Jelderks issued a Findings and Recommendation [5] on July 12,

2017, in which he recommends that the Court grant Defendant's Motion to Dismiss [3] and

dismiss this action with prejudice.

        Because neither party timely filed an objection to the Magistrate Judge's Findings and

Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [5]. Accordingly, Defendant's Motion to Dismiss [3] is GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___13___ day of ___Sept_____, 2017.

_Marco Hernández_

MARCO A. HERNÁNDEZ
United States District Judge